JS-6

# United States District Court
# Central District of California

CHRISTOPHER PYLE,

        Plaintiff,

    v.

THE CITY OF REDONDO BEACH POLICE DEPARTMENT, *et al.*,

        Defendants.

Case No. 2:19-cv-09433-ODW (FFMx)

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Unopposed Motion to Dismiss for Lack of Prosecution, it is hereby **ORDERED, ADJUDGED, and DECREED** that Plaintiff's First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 4, 2021

                                          **OTIS D. WRIGHT, II**
                                   **UNITED STATES DISTRICT JUDGE**